United States District Court
Southern District of Texas
**ENTERED**
July 06, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| WILLE LEON BARNES, <br>     "Plaintiff," <br><br> v. <br><br> WILLACY COUNTY STATE JAIL, *et al.,* <br> *in their official capacities*, <br>     "Defendants." | § <br> § <br> § <br> § <br> §     Civil Action No. 1:25-cv-00024 <br> § <br> § <br> § <br> § |

**ORDER**

Before the Court are Plaintiff's untitled complaint (Dkt. No. 1) ("Complaint") and the "Magistrate Judge's Report and Recommendation" (Dkt. No. 29) ("R&R"). The R&R recommends this Court (1) dismiss without prejudice the Complaint (Dkt. No. 1) and (2) direct the Clerk of Court to close this case. Dkt. No. 29 at 1.

The R&R was published June 11, 2026. Dkt. No. 29. Service on Plaintiff was docketed June 17, 2026, and objections to the R&R were due July 1, 2026. No objections have been filed. The Court thus reviews the R&R's conclusions for plain error. See *Guillory v. PPG Indus*., 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the Court **ADOPTS the R&R** (Dkt. No. 29). The Complaint (Dkt. No. 1) is **DISMISSED without prejudice**. The Clerk of the Court is hereby **ORDERED** to close this case.

    SIGNED this July 6, 2026

                                         Rolando Olvera
                                         United States District Judge